| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number *(If known)*: _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Elite Drywall Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  74-2692782

4. **Debtor's address**

   **Principal place of business**
   1021 SILVERSTONE LN
   Number        Street
   CEDAR PARK        TX    78613
   City                          State  Zip Code

   WILLIAMSON
   County

   **Mailing address, if different from principal place of business**
   3550 N Lakeline Blvd
   Ste 170 # 1714
   Number        Street
   Leander        TX    78641
   City                        State  Zip Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number        Street
   _____
   City          State  Zip Code

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1 of 5
Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor  **Elite Drywall Inc.**  Case number *(if known)* _____
       Name

**5.** **Debtor's website (URL)**  _____

**6.** **Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7.** **Describe debtor's business:**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2381**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the

| Debtor | **Elite Drywall Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

> Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                 MM/DD/YYYY
District _____ When _____ Case number _____
                   MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes   Debtor _____  Relationship _____
        District _____  When _____
                                MM/DD/YYYY
        Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____

---

Debtor **Elite Drywall Inc.**     Case number (*if known*) _____
     Name

                                   City        State     ZIP Code

**Is the property insured?**

☒ No

☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☒ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____
             MM / DD / YYYY

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

✗ */s/ Shane Hall*      **Shane Hall**
Signature of authorized representative of debtor      Printed name

Title     **Owner / Secretary**

**18. Signature of attorney**

✗ */s/ Todd Headden*      Date     MM / DD / YYYY
Signature of attorney for debtor

**Todd TH Headden**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number     Street

**Austin**      **TX**     **78757**
City      State     ZIP Code

**(737) 881-7102**      **theadden@haywardfirm.com**
Contact Phone      Email address

         **Texas**
Bar number      State

# United States Bankruptcy Court

### Western District of Texas

In re **Elite Drywall Inc.**  
　　　　　　　　Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: *01/13/2023*　　　　　　　　　　　　　　　　　*/s/ Shane Hall*  
　　　　　　　　　　　　　　　　　　　　　　　　　　**Shane Hall**  
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor

**AT&T**
**PO BOX 6463**
**Carol Stream, IL 60197**

capital one
1680 Capital One Drive

**McLean, VA 22102-3491**

**Forward Financing**
**Forward Financing LLC, 100 Summer Street, Suite 1175,**
**Boston, MA 02110**

**Home Depot Credit Services**
**Home Depot Credit Services**
**PO Box 790340**

**St. Louis, MO 63179-0340**

**L&W Supply**
**L&W Supply Corporation**
**P.O. Box 843224**

**Dallas, TX 75284-3224**

**NewCo Capital Group**
**90 Broad Street**
**Manhattan, NY 10004**

**OnDeck**
**4700 W. Daybreak PKWY**
**Suite 200**
**South Jordan, UT 84009**

**OnDeck**
**OnDeck, 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009,**
**South Jordan, UT 84009**

Copyright © Financial Software Solutions, LLC

**Storage Direct**
**945 W. Newhope Drive**
**Cedar Park, TX 78613**

**UFG Insurance**
**United Fire Group**
**PO BOX 3244**
**Cedar Rapids, IA 52406**

**United Fire Group**
**PO Box 3244**
**Cedar Rapids, IA 52406**

**WEX Bank**
**Wex Bank**
**PO Box 6293**
**Carol Stream, IL 60197-6293**