**Fill in this information to identify your case:**

Debtor Name    **Elite Drywall Inc.**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*If known*):    **23-10013**

■ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summarize Your Assets |
| --- | --- |

|  | **Your assets**<br>Value of what you own |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* ............................................................................ ........   $ _____**0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* ...........................................................................   $ _____**58,757.17**

   1b. **Total of all property:**
     Copy line 92 from *Schedule A/B* .............................................................................   $ _____**58,757.17**

| Part 2: | Summarize Your Liabilities |
| --- | --- |

|  | **Your liabilities**<br>Amount you owe |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................................................   $ _____**108,392.24**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................   $ _____**0.00**

   3a. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...........................................   + $ _____**381,005.46**

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b                 $ _____**489,397.70**

**Fill in this information to identify your case:**

Debtor Name  **Elite Drywall Inc.**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*if known*):  **23-10013**

■ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   - ■ No. Go to Part 2.
   - ■ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2  **Cadence Bank** | **Checking Account** | **6593** | $ 1,439.98 |
| 3.1  **National United** | **Checking Account** | **4869** | $ 13,729.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____ 15,168.98

---

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**
   - ■ No. Go to Part 3.
   - ■ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

---

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

   $ _____ 0.00

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ■ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

    **11a. 90 days old or less:**   37,398.19 - 0.00 = $ 37,398.19
    face amount   doubtful or uncollectible accounts

    **11b. Over 90 days old:**   58,802.47 - 54,642.47 = $ 4,160.00
    face amount   doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ 41,558.19

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**
    ■ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Name of fund or stock:

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    $ _____ 0.00

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ■ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

| | | | | |
|---|---|---|---|---|
| **Corner Bead** | MM / DD / YYYY | $ 0.00 | | $ 180.00 |
| **Metal Studs** | MM / DD / YYYY | $ 0.00 | | $ 150.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    | $ 330.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☑ Yes

    Book value  $ 0.00  Valuation method _____  Current Value  $ 0.00

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☑ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ■ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

| | | | |
|---|---|---|---|
| | $ 0.00 | | $ 0.00 |

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

---

Official Form 206A/B                              **Schedule A/B: Property**                              page 3 of 10

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor **Elite Drywall Inc.**
Name
Case number *(if known)* **23-10013**

|  | $ | 0.00 |  | $ | 0.00 |

**30. Farm machinery and equipment (Other than titled motor vehicles)**

|  | $ | 0.00 |  | $ | 0.00 |

**31. Farm and fishing supplies, chemicals, and feed**

|  | $ | 0.00 |  | $ | 0.00 |

**32. Other farming and fishing-related property not already listed in Part 6**

|  | $ | 0.00 |  | $ | 0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is any of the property listed in Part 6 perishable?**
- ■ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ■ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes

Book value $ 0.00  Valuation method _____  Current Value $ 0.00

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ■ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 6.
- ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Chair** | $ 0.00 | | $ 150.00 |
| **Desk** | $ 0.00 | | $ 50.00 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Desk 2** | $ 0.00 | | $ 50.00 |
| **File cabinet 1** | $ 0.00 | | $ 50.00 |
| **file cabinet 2** | $ 0.00 | | $ 50.00 |

40. **Office fixtures**

| | | | |
|---|---|---|---|
| | $ 0.00 | | $ 0.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Hp Computer** | $ 0.00 | | $ 200.00 |
| **Brother Printer** | $ 0.00 | | $ 80.00 |
| **Dell Computer** | $ 0.00 | | $ 150.00 |
| **Asus Monitor** | $ 0.00 | | $ 80.00 |
| **Asus Monitor** | $ 0.00 | | $ 80.00 |
| **Asus Monitor** | $ 0.00 | | $ 80.00 |

42. **Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

| | | | |
|---|---|---|---|
| | $ 0.00 | | $ 0.00 |

43. **Total of Part 7**

Add lines 38 through 42. Copy the total to line 86.

| $ 1,020.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ■ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   - ☐ No. Go to Part 9.
   - ■ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____    $ _____ 0.00    _____    $ _____ 0.00

48. **Watercraft, trailers, motors, and related accessories Examples:** Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____    $ _____ 0.00    _____    $ _____ 0.00

49. **Aircraft and accessories**

_____    $ _____ 0.00    _____    $ _____ 0.00

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Perry Scaffold**    $ _____ 0.00    _____    $ _____ 100.00

**Trash Cart**    $ _____ 0.00    _____    $ _____ 180.00

**Sheetrock Cart**    $ _____ 0.00    _____    $ _____ 200.00

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$ _____ 480.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☒ No
- ☐ Yes

53 **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

**Part 9:**  **Real property**

54. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

---

**Schedule A/B: Property**

Debtor   **Elite Drywall Inc.**
_____   Case number *(if known)*   **23-10013**
Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | $ _____ 0.00 | _____ | _____ 0.00 |
| 61. **Internet domain names and websites** | | | |
| **www.elite-drywall.com** | $ _____ 0.00 | _____ | _____ 100.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | $ _____ 0.00 | _____ | _____ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | $ _____ 0.00 | _____ | _____ 0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | $ _____ 0.00 | _____ | _____ 0.00 |
| 65. **Goodwill** | | | |
| _____ | $ _____ 0.00 | _____ | _____ 100.00 |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

$ _____ 200.00

Copyright © Financial Software Solutions, LLC

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|--------|------------------------|--------------------------|--------------|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|--|-----------------------------------|

71. **Notes receivable**

   Description (include name of obligor)

   _____  _____ 0.00 - _____ 0.00 = $ _____ 0.00
   Total face amount       doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax Year _____   $ _____ 0.00

73. **Interests in insurance policies or annuities**

   _____   $ _____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $ _____ 0.00

   Nature of claim   _____

   Amount requested   $ _____ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $ _____ 0.00

   Nature of claim   _____

   Amount requested   $ _____ 0.00

76. **Trusts, equitable or future interests in property**

   _____   $ _____ 0.00

77. **Other property of any kind not already listed Examples**: Season tickets, country club membership

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor     **Elite Drywall Inc.**                                          Case number *(if known)*  **23-10013**
                    Name

                                                                                              $ _____ **0.00**

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                                      $ _____ **0.00**

79   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ▫ Yes

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

---

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 15,168.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2* | $ 0.00 | |
| 82. **Accounts receivable**. *Copy line 12, Part 3* | $ 41,558.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5* | $ 330.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,020.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 480.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10* | $ 200.00 | |
| 90. **All other assets**. *Copy line 78, Part 11.* **+** | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 58,757.17 **+** 91b. | $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................. | | $ 58,757.17 |

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Elite Drywall Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*): **23-10013**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's Name

**OnDeck**

**Describe debtor's property that is subject to a lien**

**MCA Loan**

$ 108,392.24    $ 37,398.19

Creditor's mailing address
**4700 W. Daybreak Pkwy., Suite 200**
**South Jordan, UT 84009**

Creditor's email address, if known

**Describe the lien**

Date debt was incurred **9-9-2022**

Last 4 digits of account number **4331**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$ 108,392.24

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

submit this page.

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name  __Elite Drywall Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): __23-10013__

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | Total Claim | Priority Amount |
|---|---|---|

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount Of Claim |
|---|---|

**4.1**  **Nonpriority creditor's name and mailing address**

**L&W Supply Corporation**
**P.O. Box 843224**
**Dallas, TX 75284-3224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44,723.53

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**   __0001__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

---

**4.2**

**Nonpriority creditor's name and mailing address**

**WEX Bank**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

Date or dates debt was incurred
**8-17-22**

Last 4 digits of account number    **5051**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                      3,717.00

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description

---

**4.3**

**Nonpriority creditor's name and mailing address**

**Home Depot Credit Services**
**PO Box 790340**
**St. Louis, MO 63179-0340**

Date or dates debt was incurred

Last 4 digits of account number    **0603**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                      7,265.89

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description

---

**4.4**

**Nonpriority creditor's name and mailing address**

**Capital One**
**1680 Capital One Drive**
**McLean, VA 22102-3491**

Date or dates debt was incurred
**11-15-2008**

Last 4 digits of account number    **6589**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                      27,997.49

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC

| Debtor | Elite Drywall Inc. | Case number *(if known)* | 23-10013 |
|---|---|---|---|
| | Name | | |

---

**4.5** | **Nonpriority creditor's name and mailing address**

OnDeck

4700 W. Daybreak Pkwy., Suite 200

South Jordan, UT 84009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 46,461.35

**Date or dates debt was incurred**

10-25-22

**Basis for the claim:**

**Last 4 digits of account number**   8222

**Is the claim subject to offset?**

■ No
☐ Yes

Description

---

**4.6** | **Nonpriority creditor's name and mailing address**

NewCo Capital Group

90 Broad Street

Manhattan, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 112,846.00

**Date or dates debt was incurred**

10-24-2022

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

Description

---

**4.7** | **Nonpriority creditor's name and mailing address**

Forward Financing LLC

100 Summer Street, Suite 1175

Boston, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 126,500.00

**Date or dates debt was incurred**

12-5-2022

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

Description

---

Debtor  **Elite Drywall Inc.**                    Case number *(if known)*  **23-10013**
Name

---

| **4.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **Unknown** |

**Storage Direct**

**945 W. Newhope Drive**

**Cedar Park, TX 78613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Description**

---

| **4.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **Unknown** |

**AT&T**

**PO BOX 6463**

**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number  528**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Description**

---

| **4.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **10,984.00** |

**United Fire Group**

**PO Box 3244**

**Cedar Rapids , IA 52406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number  0593**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor | Elite Drywall Inc. | | Case number *(if known)* | 23-10013 |
|---|---|---|---|---|
| | Name | | | |

| **4.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 510.20 |
|---|---|---|---|

AT&T
PO BOX 6463
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**   6238

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. + | $ 381,005.46 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 381,005.46 |

Copyright © Financial Software Solutions, LLC
BlueStylus

---

**Fill in this information to identify your case:**

Debtor Name  __Elite Drywall Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*):  __23-10013__          Chapter  **11**

☐ Check if this is an
    amended filing

---

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

---

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1** State what the contract or lease is for and the nature of the debtor's interest    __Storage Unit 1018__

State the term remaining    _____

List the contract number of any government contract    _____

Storage Direct
945 W. Newhope Drive
Cedar Park, TX 78613

**2.2** State what the contract or lease is for and the nature of the debtor's interest    __Storage Unit 607__

State the term remaining    _____

List the contract number of any government contract    _____

Storage Direct
945 W. Newhope Drive
Cedar Park, TX 78613

**2.3** State what the contract or lease is for and the nature of the debtor's interest    __Office Line Phone Service__

State the term remaining    _____

List the contract number of any government contract    __x7528__

AT&T
PO BOX 6463
Carol Stream, IL 60197

**2.4** State what the contract or lease is for and the nature of the debtor's interest    __Cell Phone Service__

State the term remaining    _____

List the contract number of any government contract    __x6238__

AT&T
PO BOX 6463
Carol Stream, IL 60197

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor | **Elite Drywall Inc.** | Case number *(if known)* | **23-10013** |
|---|---|---|---|
| | Name | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Balance: $10,984.00** | **UFG Insurance** |
|---|---|---|---|
| | State the term remaining | | **United Fire Group** |
| | | | **PO BOX 3244** |
| | List the contract number of any government contract | **x0593** | **Cedar Rapids , IA 52406** |

**Fill in this information to identify your case:**

Debtor Name  **Elite Drywall Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*): **23-10013**

■ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Your codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 3.1 **Isaac Hall** | **1021 Silverstone Ln** <br> Number  Street | | ☑ D _____ <br> ☑ E/F _____ <br> ☑ G _____ |
| | **Cedar Park** **TX** **78613** <br> City  State  Zip Code | **Co-Debtor, personal guarantor on certain business liabilities** | |
| 3.2 **Shane Hall** | **3709 CR 1020** <br> Number  Street | | ☑ D _____ <br> ☑ E/F _____ <br> ☑ G _____ |
| | **Lampasas** **TX** **76550** <br> City  State  Zip Code | **Personal guarantor on business liabilities** | |

Copyright © Financial Software Solutions, LLC                                    BlueStylus